# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| CLEO W. JOHNSON and JACQUELINE J. JOHNSON, | C/A No. 2:17-CV-674-JFA |
| Plaintiffs, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL OF DANIEL INTERNATIONAL CORPORATION** |
| 3M COMPANY, et al., | |
| Defendants. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses, without prejudice, all claims against Defendant Daniel International Corporation only in the above-captioned action.

Respectfully submitted this 16th day of March, 2017,

MOTLEY RICE LLC

/s/ W. Christopher Swett
W. Christopher Swett
*Federal Court ID No. 11177*
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
(843) 216-9000
(843) 216-9450 (facsimile)
cswett@motleyrice.com

ATTORNEY FOR PLAINTIFFS