UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| CLEO W. JOHNSON and JACQUELINE J. JOHNSON, | ) ) ) | C/A No. 2:17-CV-674-JFA |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | NOTICE OF VOLUNTARY DISMISSAL OF A.W. CHESTERTON COMPANY |
| 3M COMPANY, et al., | ) ) | |
| Defendants. | ) ) ) | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses, without prejudice, all claims against Defendant A.W. Chesterton Company only in the above-captioned action. Each party to bear own costs.

Respectfully submitted this 8th day of May, 2017,

MOTLEY RICE LLC

/s/ W. Christopher Swett
W. Christopher Swett
*Federal Court ID No. 11177*
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
(843) 216-9000
(843) 216-9450 (facsimile)
cswett@motleyrice.com

ATTORNEY FOR PLAINTIFFS