UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Cleo W. Johnson and Jacqueline J. Johnson, ) | C/A No. 3:17-cv-00674-JFA |
| ) | |
| *Plaintiffs*, ) | |
| ) | **STIPULATION OF DISMISSAL AS TO** |
| Versus ) | **DEFENDANT NELES-JAMESBURY, INC.** |
| ) | |
| 3M Company, a Minnesota Corporation, Neles- ) | |
| Jamesbury, Inc., a Delaware Corporation, et al, ) | |
| ) | |
| *Defendants*. ) | |

The Plaintiffs, Cleo W. Johnson and Jacqueline J. Johnson, hereby stipulate to the DISMISSAL of their complaint, *with* prejudice, against the Defendant Neles-Jamesbury, Inc. in the above-captioned matter.

**WE SO STIPULATE**:                                      **WE SO STIPULATE**:


**s/ A. Walker Barnes**                                   **s/ W. Christopher Swett**
Robert H. Hood, Jr (6998)                                 W. Christopher Swett, Esquire
A. Walker Barnes (10717)                                  Motley Rice LLC
Ben H. Joyce (11769)                                      28 Bridgeside Blvd.
                                                          P.O. Box 650001
HOOD LAW FIRM, LLC                                        Mount Pleasant, SC  29465
172 Meeting Street                                        Ph: 843-216-9000 / Fax: 843-216-9450
Post Office Box 1508                                      CSwett@motleyrice.com
Charleston, SC  29402
Ph: (843) 577-4435 / Fax: (843) 722-1630
Email: Info@hoodlaw.com

                                                          *Attorneys for Plaintiffs*
*Attorneys for Defendant*                                 *Cleo W. Johnson and Jacqueline J. Johnson*
*Neles-Jamesbury, Inc.*