IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| CLEO W. JOHNSON and JACQUELINE J. JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>3M COMPANY, et al.,<br><br>Defendants. | C/A No. 3:17-cv-0674-JFA<br><br>**CONSENT STIPULATION OF DISMISSAL OF 3M COMPANY** |

NOW comes Motley Rice, LLC, Attorneys for the Plaintiffs, with the consent of Bradly Arant Boult Cummings LLP, Attorneys for 3M Company, and hereby dismisses Plaintiffs' claims against 3M Company only, without prejudice, from this action. Each party to bear its own costs.

s/ W. Christopher Swett
W. Christopher Swett
*Federal Court ID No. 11177*
MOTLEY RICE LLC
Post Office Box 650001
Mt. Pleasant, SC 29465
(843) 216-9000
cswett@motleyrice.com
ATTORNEY FOR PLAINTIFFS

s/ Michael C. Griffin
Michael C. Griffin
*Federal Court ID No. 10302*
Bradley Arant Boult Cummings LLP
Hearst Tower
214 North Tryon Street, Suite 3700
Charlotte, NC 28202
(704) 338-6015
mgriffin@bradley.com
ATTORNEY FOR 3M COMPANY

Charleston, South Carolina
September 25, 2017