# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Cleo W. Johnson and Jacqueline J. Johnson, | Civil Action No. 3:17-cv-0674-JFA |
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MILWAUKEE VALVE COMPANY, INC.** |
| 3M Company, et al., | |
| Defendants. | |

Come now the Plaintiffs, Cleo W. Johnson and Jacqueline J. Johnson, by and through their attorneys, Motley Rice, LLC, and Defendant Milwaukee Valve Company, Inc., by and through its attorneys, Richardson Plowden & Robinson, P.A., and stipulate to the dismissal without prejudice as to all claims against Defendant Milwaukee Valve, Inc., pursuant to Rule 41 of the Federal Rules of Civil Procedure.

We so stipulate.

| | |
|---|---|
| MOTLEY RICE, LLC | RICHARDSON PLOWDEN & ROBINSON, P.A. |
| s/W. Christopher Swett | s/Joseph E. Thoensen |
| W. Christopher Swett, Esquire<br>Fed. ID #11177<br>28 Bridgeside Blvd.<br>Mt. Pleasant, South Carolina 29464<br>(843) 216-9149 | Steven J. Pugh, Esquire<br>Joseph E. Thoensen, Esquire<br>Fed. ID #9452<br>1900 Barnwell Street (29201)<br>Post Office Drawer 7788<br>Columbia, South Carolina 29202<br>(803) 771-4400 |
| Attorneys for Plaintiffs | Attorneys for Defendant Milwaukee Valve Company, Inc. |
| Date: October 10, 2017 | Date: October 10, 2017 |