**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| CLEO W. JOHNSON and JACQUELINE J. JOHNSON, | |
| Plaintiffs, | C/A No.: 3:17-CV-0674-JFA |
| v. | |
| 3M COMPANY, et al., | |
| Defendants | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFFS AND SPIRAX SARCO, INC.**

COME NOW Plaintiffs Cleo W. Johnson and Jacqueline J. Johnson, by and through undersigned counsel, and with the consent of Defendant Spirax Sarco, Inc., by and through undersigned counsel, voluntarily dismiss the above-captioned matter without prejudice only as to Spirax Sarco, Inc. pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party to bear its own fees and costs. Plaintiffs expressly reserve their rights to proceed against all other defendants as filed.

This the 10th day of October, 2017.

| | |
|---|---|
| MOTLEY RICE | EVERT WEATHERSBY HOUFF |
| By: */s/ W. Christopher Swett* | By: */s/ Jennifer M. Techman* |
| *(signed w/ express permission by JMT)* | Jennifer M. Techman |
| W. Christopher Swett | SC Federal Bar No. 8028 |
| SC Federal Bar No. 11177 | EVERT WEATHERSBY HOUFF |
| MOTLEY RICE | 3455 Peachtree Road, Suite 1550 |
| 28 Bridgeside Boulevard | Atlanta, Ga. 30326 |
| Mt. Pleasant SC 29465 | Telephone: 678-651-1200 |
| Telephone: 843-216-9000 | JMTechman@EWHlaw.com |
| cswett@motleyrice.com | Attorneys for Defendant Spirax Sarco, Inc. |
| Attorneys for Plaintiffs | |

1342988_1

## CERTIFICATE OF SERVICE

On October 10, 2017, the foregoing Stipulation of Dismissal Without Prejudice between Plaintiffs and Spirax Sarco, Inc. was served on all counsel of record in the captioned matter by using the CM/ECF system.

                                        */s/ Jennifer M. Techman*
                                        Jennifer M. Techman
                                        SC Federal Bar No. 8028

EVERT WEATHERSBY HOUFF
3455 Peachtree Road, NE
Suite 1550
Atlanta, GA 30326
(678) 651-1200 - Telephone
JMTechman@ewhlaw.com

1342988_1