IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| CLEO W. JOHNSON AND JACQUELINE J. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY<br>A Minnesota Corporation, eta l.<br><br>Defendants. | Civil Action No. 3:17-674-JFA<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT WARREN PUMPS, LLC** |

The Plaintiffs, Cleo W. Johnson and Jacqueline J. Johnson, and Defendant Warren Pumps, LLC, by and through their undersigned attorneys, stipulate to the dismissal without prejudice of Warren Pumps, LLC, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear its own fees and costs.

| | |
|---|---|
| TURNER PADGET GRAHAM & LANEY P.A. | MOTLEY RICE, LLC |
| *s/ Thomas M. Kennaday* | *s/ W. Christopher Swett* |
| Thomas M. Kennaday, Esquire (Fed. Bar No. 7376) | W. Christopher Swett (Fed. Bar No. 11177) |
| Steven W. Ouzts, Esquire | 28 Bridgeside Boulevard |
| 1901 Main Street, 17th Floor (29201) | Post Office Box 650001 |
| Post Office Box 1473 | Mt. Pleasant, South Carolina 29464 |
| Columbia, South Carolina 29202 | Email: cswett@motleyrice.com |
| Email: tkennaday@turnerpadget.com | |
| *ATTORNEYS FOR DEFENDANT* | *ATTORNEY FOR PLAINTIFF* |
| October 12, 2017 | October 12, 2017 |