IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| CLEO W. JOHNSON and JACQUELINE J. JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>3M COMPANY, et al.,<br><br>Defendants. | **C/A No. 3:17-cv-00674-JFA** |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE
### OF DEFENDANT UNIROYAL, INC.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs, Cleo W. Johnson and Jacqueline J. Johnson, by and through undersigned counsel, hereby stipulate and agree to dismiss all claims against Defendant Uniroyal, Inc., without prejudice in the above-captioned matter, with each party to bear its own costs.

This the 12th day of October, 2017.

*We Consent:*

| | |
|---|---|
| MOTLEY RICE LLC | HAYNSWORTH SINKLER & BOYD, P.A. |
| By: /s/ W. Christopher Swett<br>W. Christopher Swett, SC No. 11177<br>28 Bridgestone Blvd.<br>P.O. Box 650001<br>Mt. Pleasant, SC 29465<br>Phone: 843-216-9000<br>cwett@motleyrice.com<br>Attorneys for Plaintiffs | By: /s/ Moffatt G. McDonald<br>Moffatt G. McDonald, SC No. 02805<br>mmcdonald@hsblawfirm.com<br>W. David Conner, SC No. 05986<br>dconner@hsblawfirm.com<br>Scott E. Frick, SC No. 09417<br>sfrick@hsblawfirm.com<br>ONE North Main, 2d Floor<br>Post Office Box 2048<br>Greenville, South Carolina 29602<br>Phone: 864-240-3200<br>Attorneys for Defendant Uniroyal, Inc. |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM-ECF system. Notification of such filing was given to the following by the CM-ECF system to those registered to receive a Notice of Electronic Filing for this case:

W. Christopher Swett
MOTLEY RICE LLC
28 Bridgestone Blvd.
P.O. Box 650001
Mt. Pleasant, SC 29465
*Attorney for Plaintiffs*

Defense Counsel of Record

                                        /s/ Moffatt G. McDonald_____