IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Cleo W. Johnson and Jacqueline J. Johnson, ) ) ) Plaintiffs, ) ) vs. ) ) 3M Company, et al., ) ) Defendants. ) ) | Civil Action No. 3:17-cv-0674-JFA ) **STIPULATION OF DISMISSAL** |

The Plaintiffs, Cleo W. Johnson and Jacqueline J. Johnson, and Defendants, ITT LLC f/k/a ITT Corporation and The Nash Engineering Company, by and through their undersigned attorneys, stipulate to the dismissal without prejudice of ITT LLC and The Nash Engineering Company only, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party to bear its own fees and costs. Plaintiffs expressly reserve their rights to proceed against all other defendants as filed.

| | |
|---|---|
| NELSON MULLINS RILEY & SCARBOROUGH | MOTLEY RICE, LLC |
| *s/ Robert O. Meriwether* | *s/ W. Christopher Swett* |
| Robert O. Meriwether | W. Christopher Swett |
| Federal Bar No. 01040 | Federal Bar No. 11177 |
| Post Office Box 11070 | Post Office Box 650001 |
| Columbia, SC 29211 | Mt. Pleasant, South Carolina 29464 |
| robert.meriwether@nelsonmullins.com | cswett@motleyrice.com |
| Attorney for ITT LLC and The Nash Engineering Company | Attorney for Plaintiffs |
| October 13, 2017 | October 13, 2017 |