IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| CLEO W. JOHNSON AND JACQUELINE J. JOHNSON, | Civil Action No. 3:17-cv-00674-JFA |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AS TO DEFENDANT VIKING PUMP, INC.** |
| 3M COMPANY A Minnesota Corporation, eta l. | |
| Defendants. | |

The Plaintiffs, Cleo W. Johnson and Jacqueline J. Johnson, and Defendant Viking Pump, Inc., by and through their undersigned attorneys, stipulate to the dismissal with prejudice of Viking Pump, Inc., pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear its own fees and costs.

| | |
|---|---|
| TURNER PADGET GRAHAM & LANEY P.A. | MOTLEY RICE, LLC |
| *s/ Thomas M. Kennaday* | *s/ W. Christopher Swett* |
| Thomas M. Kennaday, Esquire (Fed. Bar No. 7376) | W. Christopher Swett (Fed. Bar No. 11177) |
| 1901 Main Street, 17th Floor (29201) | 28 Bridgeside Boulevard |
| Post Office Box 1473 | Post Office Box 650001 |
| Columbia, South Carolina 29202 | Mt. Pleasant, South Carolina 29464 |
| Email: tkennaday@turnerpadget.com | Email: cswett@motleyrice.com |
| | |
| *ATTORNEYS FOR DEFENDANT* | *ATTORNEY FOR PLAINTIFF* |
| October 18, 2017 | October 18, 2017 |