IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| CLEO W. JOHNSON and JACQUELINE J. JOHNSON,<br><br>        Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>        Defendants. | Civil Action No. 3:17-CV-00674-JFA |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
**OF DEFENDANT RILEY POWER, INC.**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs, Cleo W. Johnson and Jacqueline J. Johnson, by and through undersigned counsel, hereby stipulate and agree to dismiss all claims against Defendant Riley Power, Inc., without prejudice in the above-captioned matter, with each party to bear its own costs.

This the 8th day of December 2017.

| | |
|---|---|
| MOTLEY RICE LLC<br><br>By: /s/ W. Christopher Swett<br>W. Christopher Swett, SC No. 11177<br>28 Bridgestone Blvd.<br>P.O. Box 650001<br>Mt. Pleasant, SC 29465<br>Phone: 843-216-9000<br>cswett@motleyrice.com<br>Attorneys for Plaintiffs | *We Consent*<br><br>PIERCE HERNS SLOAN & WILSON, LLC<br><br>By: /s/ William P. Early<br>William P. Early (7326)<br>321 East Bay Street<br>P.O. Box 22437<br>Charleston, SC 29413<br>Phone: 843-722-7733<br>willearly@phswlaw.com<br>Attorneys for the Defendant above-named |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2017, the foregoing was electronically filed with the Clerk of Court using the CM-ECF system. Notification of such filing was given to the following by the CM-ECF system to those registered to receive a Notice of Electronic Filing for this case:

W. Christopher Swett
MOTLEY RICE LLC
28 Bridgestone Blvd.
P.O. Box 650001
Mt. Pleasant, SC 29465
*Attorney for Plaintiffs*


Defense Counsel of Record

                                                             /s/ William P. Early