IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

CIVIL ACTION NO: 3:17-CV-00674-JFA

| | |
|---|---|
| CLEO W. JOHNSON AND JACQUELINE J. JOHNSON, | ) ) ) |
| Plaintiffs, | ) ) **STIPULATION OF DISMISSAL AS TO** |
| v. | ) **DEFENDANT MILTON ROY, LLC** ) |
| 3M COMPANY, ET AL. | ) ) ) |
| Defendants. | ) ) |

The Plaintiffs, Cleo W. Johnson and Jacqueline J. Johnson, and Defendant Milton Roy, LLC, f/k/a The Milton Roy Company, by and through their undersigned attorneys, stipulate to the dismissal without prejudice of Milton Roy, LLC, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear its own fees and costs.

| **GALLIVAN, WHITE & BOYD, P.A.** | **MOTLEY RICE, LLC** |
|---|---|
| s/*John E. Cuttino* | s/ *W. Christopher Swett* |
| John E. Cuttino, Esquire<br>Federal ID #394<br>1201 Main Street, Suite 1200 [29201]<br>Post Office Box 7368<br>Columbia, SC 29202<br>Telephone: (803) 724-1714<br>jcuttino@gwblawfirm.com | W. Christopher Swett<br>Fed ID # 11177<br>28 Bridgeside Boulevard<br>Post Office Box 650001<br>Mt. Pleasant, SC 29464<br>Telephone: (843) 216-9149<br>cswett@motleyrice.com |
| *Attorneys for Milton Roy, LLC*<br>December 11, 2017 | *Attorney for Plaintiffs*<br>December 11, 2017 |

1