## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | |
|---|---|
| CLEO W. JOHNSON and<br>JACQUELINE J. JOHNSON,<br><br>     Plaintiffs,<br><br>  v.<br><br>3M COMPANY, et al.,<br><br><br>       Defendants | C/A No.: 3:17-CV-0674-DCC |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND GENERAL ELECTRIC COMPANY

COME NOW Plaintiffs Cleo W. Johnson and Jacqueline J. Johnson, by and through undersigned counsel, and with the consent of Defendant General Electric Company, by and through undersigned counsel, voluntarily dismiss the above-captioned matter with prejudice **only** as to General Electric Company pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party to bear its own fees and costs. Plaintiffs expressly reserve their rights to proceed against all other defendants as filed.

This the 9th day of January 2018.


MOTLEY RICE

By: */s/ W. Christopher Swett*
*(signed with express permission by jmt)*
W. Christopher Swett
SC  Federal Bar No.  11177
MOTLEY RICE
28 Bridgeside Boulevard
Mt. Pleasant SC 29465
Telephone:  843-216-9000
cswett@motleyrice.com
Attorneys for Plaintiffs

EVERT WEATHERSBY HOUFF

By: */s/ Jennifer M. Techman*
Jennifer M. Techman
SC Federal Bar No. 8028
EVERT WEATHERSBY HOUFF
3455 Peachtree Road, Suite 1550
Atlanta, Ga. 30326
Telephone:  678-651-1200
JMTechman@EWHlaw.com
Attorneys for Defendant General Electric Company

## CERTIFICATE OF SERVICE

On January 9, 2018, the foregoing Stipulation of Dismissal With Prejudice between

Plaintiffs and General Electric Company was served on all counsel of record in the captioned

matter by using the CM/ECF system.

*/s/ Jennifer M. Techman*
Jennifer M. Techman
SC Federal Bar No.  8028

EVERT WEATHERSBY HOUFF
3455 Peachtree Road, NE
Suite 1550
Atlanta, GA 30326
(678) 651-1200 - Telephone
JMTechman@ewhlaw.com