# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| CLEO W. JOHNSON and<br>JACQUELINE J. JOHNSON,<br><br>               Plaintiffs,<br>    v.<br><br>3M COMPANY, et al.,<br><br>               Defendants | C/A No.: 3:17-CV-0674-DCC |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND CBS CORPORATION

COME NOW Plaintiffs Cleo W. Johnson and Jacqueline J. Johnson, by and through undersigned counsel, and with the consent of Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "CBS Corporation"), by and through undersigned counsel, voluntarily dismiss the above-captioned matter with prejudice only as to CBS Corporation pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party to bear its own fees and costs. Plaintiffs expressly reserve their rights to proceed against all other defendants as filed.

This the 9th day of January 2018.

| | |
|---|---|
| MOTLEY RICE | EVERT WEATHERSBY HOUFF |
| By: */s/ W. Christopher Swett* | By: */s/ Jennifer M. Techman* |
| *(signed with express permission by jmt)* | Jennifer M. Techman |
| W. Christopher Swett | SC Federal Bar No. 8028 |
| SC Federal Bar No. 11177 | EVERT WEATHERSBY HOUFF |
| MOTLEY RICE | 3455 Peachtree Road, Suite 1550 |
| 28 Bridgeside Boulevard | Atlanta, Ga. 30326 |
| Mt. Pleasant SC 29465 | Telephone: 678-651-1200 |
| Telephone: 843-216-9000 | JMTechman@EWHlaw.com |
| cswett@motleyrice.com | Attorneys for Defendant CBS Corporation |
| Attorneys for Plaintiffs | |

Johnson, Cleo - WH Dismissal mr usdc sent 1-5-2018 final filed 1-9-2018

## CERTIFICATE OF SERVICE

On January 9, 2018, the foregoing Stipulation of Dismissal With Prejudice between Plaintiffs and CBS Corporation was served on all counsel of record in the captioned matter by using the CM/ECF system.

*/s/ Jennifer M. Techman*
Jennifer M. Techman
SC Federal Bar No. 8028

EVERT WEATHERSBY HOUFF
3455 Peachtree Road, NE
Suite 1550
Atlanta, GA 30326
(678) 651-1200 - Telephone
JMTechman@ewhlaw.com