IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| CLEO W. JOHNSON and JACQUELINE J. JOHNSON, | ) ) ) ) | C/A No. 3:17-cv-00674-DCC |
| Plaintiffs, | ) ) | |
| v. | ) ) | **STIPULATED DISMISSAL OF DEFENDANT INDUSTRIAL HOLDINGS CORPORATION** |
| 3M COMPANY, et al., | ) ) | |
| Defendants. | ) ) ) | |

Now comes Plaintiff, by and through the undersigned attorney and with the consent of the Defendant, Industrial Holdings Corporation f/k/a The Carborundum Company, and files this voluntary dismissal as to Industrial Holdings Corporation f/k/a The Carborundum Company in the above- captioned case.

Respectfully submitted this 11th day of January, 2018.

*We Consent:*

MOTLEY RICE LLC

/s/W. Christopher Swett
W. Christopher Swett
*Federal Court ID No. 11177*
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
(843) 216-9000
(843) 216-9450 (facsimile)

ATTORNEYS FOR PLAINTIFFS

MARON MARVEL BRADLEY & ANDERSON, P.A.

/s/ George L. Inabinet, Jr.
George L. Inabinet, Jr., Esq.
*Federal Court ID No. 7598*
259 Seven Fields Drive, Suite 300
Daniel Island, SC 29492
(843) 727-0001
(843) 727-0003

ATTORNEYS FOR DEFENDANT
INDUSTRIAL HOLDINGS CORPORATION
F/K/A THE CARBORUNDUM COMPANY

{11972.02004 / W0823879}

## <u>CERTIFICATE OF SERVICE</u>

On January 11, 2018, the foregoing *Stipulated Dismissal of Defendant Industrial Holdings Corporation* was served on all counsel of record in the captioned matter by using the CM/ECF system.

<u>/s/W. Christopher Swett</u>
W. Christopher Swett
*Federal Court ID No. 11177*
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
(843) 216-9000
(843) 216-9450 (facsimile)