IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| CLEO W. JOHNSON and<br>JACQUELINE J. JOHNSON,<br><br>     Plaintiffs,<br><br>vs.<br><br>3M COMPANY, et al.<br><br>     Defendants. | CASE NO. 3:17-CV-0674-DCC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JOHN CRANE INC.** |

  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs, Cleo W. Johnson and Jacqueline J. Johnson, and Defendant John Crane Inc., by and through their undersigned attorneys, hereby stipulate and agree to dismiss all claims against Defendant John Crane Inc. without prejudice in the above-captioned matter. Each party to bear its own costs.

  This the 26 day of March, 2018.

WE SO MOVE:

 /s/ W. Christopher Swett
W. Christopher Swett (Fed. Bar Id. 11177)
**Motley Rice LLP**
P.O. Box 1792
Mt. Pleasant, SC 29465
843-216-9149
cswett@motleyrice.com

*Attorney for Plaintiffs*

WE CONSENT:

 /s/ James H. Elliott, Jr.
James H. Elliott, Jr. (Fed Bar Id. 7043)
**RICHARDSON PLOWDEN & ROBINSON, P.A.**
171 Church Street, Suite 150
Charleston, SC 29401
843-805-6550
jelliott@richardsonplowden.com

*Attorney for Defendant John Crane Inc.*