IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| CLEO W. JOHNSON and JACQUELINE J. JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>3M COMPANY, ET AL.,<br><br>Defendants. | C/A No.: 3:17-cv-00674-DCC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CRANE CO.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Cleo W. Johnson and Jacqueline J. Johnson and Defendant Crane Co., by and through their undersigned attorneys, hereby stipulate and agree to dismiss all claims against Defendant Crane Co. with prejudice in the above-captioned matter. Each party shall bear its own attorney's fees and costs.

WE STIPULATE:                                            WE CONSENT:

/s/ W. Christopher Swett                                 /s/ Tara C. Sullivan
W. Christopher Swett                                     Christopher A. Jaros
Fed. Bar ID. 11177                                       Fed. Bar ID. 12094
Motley Rice LLP                                          Tara C. Sullivan
P.O. Box 1792                                            Fed. Bar ID. 11095
Mt. Pleasant, SC 29465                                   K&L Gates LLP
cswett@motleyrice.com                                    134 Meeting Street, Suite 500
                                                         Charleston, SC 29401
*Attorneys for Plaintiffs*
                                                         *Attorneys for Defendant Crane Co.*

June 4, 2018