# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| CLEO W. JOHNSON and JACQUELINE J. JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> 3M COMPANY, et al., <br><br> Defendants | C/A No.: 3:17-CV-0674-DCC |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND INGERSOLL-RAND COMPANY

COME NOW Plaintiffs Cleo W. Johnson and Jacqueline J. Johnson, by and through undersigned counsel, and with the consent of Defendant Ingersoll-Rand Company, by and through undersigned counsel, voluntarily dismiss the above-captioned matter with prejudice **only** as to Ingersoll-Rand Company pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party to bear its own fees and costs. Plaintiffs expressly reserve their rights to proceed against all other defendants as filed.

This the 19th day of July 2018.

| | |
|---|---|
| MOTLEY RICE | EVERT WEATHERSBY HOUFF |
| | |
| By */s/ W. Christopher Swett* | By: */s/ Jennifer M. Techman* |
| *Signed with express permission(jmt)* | Jennifer M. Techman |
| W. Christopher Swett | SC Federal Bar No. 8028 |
| SC Federal Bar No. 11177 | EVERT WEATHERSBY HOUFF |
| MOTLEY RICE | 3455 Peachtree Road, Suite 1550 |
| 28 Bridgeside Boulevard | Atlanta, Ga. 30326 |
| Mt. Pleasant SC 29465 | Telephone: 678-651-1200 |
| Telephone: 843-216-9000 | JMTechman@EWHlaw.com |
| cswett@motleyrice.com | Attorneys for Defendant Ingersoll-Rand Company |
| Attorneys for Plaintiffs | |

## **CERTIFICATE OF SERVICE**

On July 19, 2018, the foregoing *Stipulation of Dismissal With Prejudice between Plaintiffs and Ingersoll-Rand Company* was served on all counsel of record in the captioned matter by using the CM/ECF system.

*/s/ Jennifer M. Techman*
Jennifer M. Techman
SC Federal Bar No. 8028

EVERT WEATHERSBY HOUFF
3455 Peachtree Road, NE
Suite 1550
Atlanta, GA 30326
(678) 651-1200 - Telephone
JMTechman@ewhlaw.com
1412613.1