**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| CLEO W. JOHNSON and JACQUELINE J. JOHNSON, | Civil Action No. 3:17-cv-00674-DCC |
| Plaintiffs, | |
| vs. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| 3M COMPANY, et. al. | |
| Defendants. | |

COME NOW Plaintiffs Cleo W. Johnson and Jacqueline J. Johnson and Defendant BW/IP, Inc., and its wholly-owned subsidiaries, incorrectly sued as "Flowserve Corporation, Individually and as successor in interest to BW/IP f/k/a Byron Jackson Pump Company," pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal without prejudice of all claims against Defendant BW/IP, Inc., and its wholly-owned subsidiaries only, each party to bear its own costs. Plaintiffs expressly reserve their rights to proceed against all other defendants as filed.

Respectfully submitted this 27th day of August, 2018.

**MOTLEY RICE LLC**

s/ W. Christopher Swett_____
W. Christopher Swett (Fed. ID No. 11177)
MOTLEY RICE LLC
Post Office Box 650001
Mt. Pleasant, SC 29465
(843) 216-9000
cswett@motleyrice.com

*Attorney for Plaintiffs*

**GALLIVAN, WHITE & BOYD, P.A.**

s/ Allyson R. Twilley_____
Daniel B. White (Fed. ID No. 4612)
Ronald G. Tate, Jr. (Fed. ID No. 4021)
Allyson R. Twilley (Fed. ID No. 12566)
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200
Greenville, South Carolina 29601
(864) 271-9580
dwhite@gwblawfirm.com
rtate@gwblawfirm.com
atwilley@gwblawfirm.com

*Attorneys for Defendant BW/IP, Inc.,*
*and its wholly-owned subsidiaries*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on this day, I electronically filed the foregoing **Stipulation of Dismissal Without Prejudice** with the Clerk of the United States District Court for the District of South Carolina using the CM/ECF system, which will send notification of such filing to all counsel of record.

August 27, 2018

s/ Allyson R. Twilley
Allyson R. Twilley (Fed. ID No. 12566)
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200 (29601)
P. O. Box 10589
Greenville, South Carolina 29603
Tel:    (864) 271-9580
Fax:    (864) 271-7502

Attorneys for Defendant BW/IP, Inc., and its
wholly-owned subsidiaries