IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Cleo W. Johnson, et. al.,                              )
                                                       )     Civil Action 3:17-cv-00674-DCC
                              Plaintiff,               )
                                                       )     ORDER OF DISMISSAL
        vs.                                            )
                                                       )
3M Company, A Minnesota                                )
Corporation, et. al.,                                  )
                                                       )
                              Defendant.               )

        The Court having been advised by counsel for the parties that the above

action has been settled,

        IT IS ORDERED that this action is hereby dismissed without costs and

without prejudice.  If settlement is not consummated within sixty (60) days, either party

may petition the Court to reopen this action and restore it to the calendar.  Rule 60(b)(6),

F.R.Civ.P.  In the alternative, to the extent permitted by law, either party may within sixty

(60) days petition the Court to enforce the settlement.  Fairfax Countywide Citizens v.

Fairfax County, 571 F.2d 1299 (4th Cir. 1978).  By agreement of the parties, the court

retains jurisdiction to enforce the settlement agreement.  Kokkonen v. Guardian Life Ins.

Co., 511 U.S. 375, 381-82 (1994).

        The dismissal hereunder shall be with prejudice if no action is taken under

either alternative within sixty (60) days from the filing date of this order.

        IT IS SO ORDERED.

                                             s/Donald C. Coggins, Jr.
                                             Donald C. Coggins, Jr.
                                             United States District Judge

September 5, 2018
Spartanburg, South Carolina